Note.—See under (1) 29 Cyc. p. 695. (2) 37 Cyc. p. 1357; 26 R. C. L. 411.

---

### CITY of BARTLESVILLE et al. v. COOMBS.

No. 16166—Opinion Filed Nov. 17, 1925.

Defendants' Petition for Rehearing Denied March 30, 1926. Plaintiffs' Petition for Rehearing Denied April 13, 1926.

(Syllabus.)

**Case Followed.**

Judgment of the lower court is affirmed upon authority of the case of the City of Bartlesville et al. v. J. T. Riggs and F. M. Overlees, 114 Okla. 181, 245 Pac. 603.

Error from District Court, Washington County; H. C. Farrell, Judge.

Action between the City of Bartlesville et al. and Leslie Coombs et al. From the judgment the former brings error. Affirmed.

E. E. Heyl, A. O. Harrison, R. C. Allen, G. A. Paul, and Shipman & Lewis, for plaintiffs in error.

Montgomery & Montgomery, Campbell & Ray, and W. H. Kornegay, for defendants in error.

This cause on proper motion was consolidated with case No. 16165, City of Bartlesville et al. v. J. T. Riggs and F. M. Overlees, and the judgment of the lower court is affirmed upon authority of the case of the City of Bartlesville et al. v. J. T. Riggs and F. M. Overlees, 114 Okla. 181, 245 Pac. 603.

NICHOLSON, C. J., and PHELPS, HUNT, CLARK, and RILEY, JJ., concur.